# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Anthony Roberto: oral secretion (epithelial cells) from the inner cheek lining of the mouth cavity | ) ) ) ) ) ) ) Case No. 24-MJ-1819 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated by reference

located in the ___Eastern___ District of ___Pennsylvania___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 924(c) | Use of a firearm in furtherance of a drug trafficking crime |
| 18 U.S.C. 922(g) | Possession of a firearm by a felon |

The application is based on these facts:
See attached affidavit, which is incorporated by reference

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ William J. Becker, IV
*Applicant's signature*

William J. Becker IV, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___Telephone___ *(specify reliable electronic means)*.

Date: 11/06/2024

José Raúl Arteaga
Digitally signed by José Raúl Arteaga
Date: 2024.11.06 11:37:59 -05'00'
*Judge's signature*

City and state: Philadelphia, PA

JOSÉ RAÚL ARTEAGA, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, William J. Becker IV, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant for the person of ANTHONY ROBERTO, as described in Attachment A, to obtain oral secretion (epithelial cells) by rubbing cotton swabs against the inner cheek lining of ROBERTO'S mouth cavity, in sufficient quantity for scientific examination and comparison for DNA typing and DNA comparison, as described in Attachment B.

2. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Philadelphia Field Division and have been employed by the FBI since March 2017. I have received specialized training from the FBI, including training in the investigation and identification of narcotics traffickers and violent gangs. During my tenure with the FBI, I was originally assigned to the High Intensity Drug Trafficking Area ("HIDTA")/Safe Streets Violent Drug Gang Task Force ("SSVDGTF") of the Philadelphia Division, which investigated, among other violations of federal law, violent drug gangs and criminal organizations including those involved in the importation, distribution and manufacturing of controlled substances, Hobbs Act violations, outlaw motorcycle gangs, and homicides and shootings resulting from the drug trade. Since March of 2024, I have been assigned to the Bucks Mont Safe Streets Task Force ("BMSSTF") of the Philadelphia Division's Fort Washington Resident Agency. The BMSSTF investigates violent drug trafficking organizations and other violent crimes within Bucks and Montgomery County in Pennsylvania. Prior to my employment with the FBI, I served as a

Police Officer with the Whitpain Township Police Department, Montgomery County, Pennsylvania from September 2010 until March 2017. During my tenure with the Whitpain Township Police Department, I received specialized training in narcotics enforcement, and served as a Task Force Officer with the Montgomery County Drug Task Force. While a police officer and an agent, I have investigated numerous firearms violations, drug violations, and other related crimes. I have conducted physical and electronic surveillance, debriefed confidential sources, analyzed information obtained from court-authorized pen register and trap and trace intercepts, and participated in the drafting and execution of search warrants involving these matters. I am an active investigator for the FBI Gangs and Criminal Enterprise Program in which state and local arrests for drugs and firearms violations are reviewed and referred for possible federal prosecution. I have specialized training and experience in drug smuggling and distribution investigations, including but not limited to, the means and methods used by traffickers to import and distribute drugs, interdiction, smuggling methods, and the concealment and laundering of proceeds from illicit drug trafficking activities.

3.      I have participated in numerous narcotics investigations, debriefed or participated in debriefings of numerous of defendants, informants and witnesses who had personal knowledge regarding major drug trafficking organizations, and have participated in all aspects of drug investigations. I have participated in all aspects of narcotics investigations including surveillance, analyzing information obtained from court-authorized pen register and trap and trace intercepts, Title-III wiretap investigations, and analyzing telephone toll records. I am aware that drug traffickers commonly use cellular telephones and other electronic devices in furtherance of their drug trafficking activities and frequently change cellular telephone numbers and cellular phones in an effort to thwart law enforcement's use of electronic surveillance.

2

4.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

5.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. § 841 (possession with intent to distribute controlled substances), 18 U.S.C. § 922(g)(possession of a firearm by a felon), and 18 U.S.C. § 924(c)(1)(A) (possession of a firearm in relation to drug trafficking) have been committed by ANTHONY ROBERTO. There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

**PROBABLE CAUSE**

6.  This application is submitted in support of a joint FBI / Montgomery County Detective Bureau Narcotics Enforcement Team ("NET") investigation into violations of narcotics and firearms laws by ANTHONY ROBERTO. Since July of 2024, law enforcement has been investigating the drug trafficking activity of ANTHONY ROBERTO, a drug trafficker believed to operate primarily in Norristown, Pennsylvania within the Eastern District of Pennsylvania. During this time, ROBERTO was out on bail for a separate NET drug trafficking and firearms case from 2023. During the course of the investigation, numerous controlled purchases of crystal methamphetamine were conducted from ROBERTO out of 204 Pearl Street, Norristown, PA. During these operations, ROBERTO was observed via physical and electronic surveillance coming and going from 204 Pearl Street, using keys to unlock and lock the front door. Additionally, a court authorized GPS tracking device installed on ROBERTO's vehicle

3

indicated he parked it out front of 204 Pearl Street overnight. These surveillance observations enabled law enforcement to determine ROBERTO resided at 204 Pearl Street.

7. On October 4, 2024, law enforcement executed a Commonwealth of Pennsylvania search warrant at 204 Pearl Street, Norristown, PA. Prior to executing the search warrant, ROBERTO was observed exiting the front door of the residence and was detained without incident on the 200 block of Pearl Street. While securing the residence, ROBERTO's girlfriend T.G. and two children under the age of seven were identified as the only additional occupants. While the search warrant was being executed, ROBERTO spontaneously uttered to law enforcement that anything found inside the residence was his. During the course of the search, the following items were located on top of a cabinet in the kitchen of the residence:

- Approximately 232 grams of suspected crack cocaine
- Approximately 50 grams of suspected crystal methamphetamine
- One pill bottle containing suspected alprazolam (Xanax) pills
- One knotted plastic bag containing orange methamphetamine pills
- One black digital scale
- Narcotics packaging material
- Taurus, model G2c, 9mm semi-automatic pistol, bearing serial number TLO094407 loaded with live rounds of ammunition.

Additionally, two cellular telephones and $780 United States Currency were located on ROBERTO's person.

8. ROBERTO was charged with the narcotics and firearm listed above and is currently detained at the Montgomery County Correctional Facility.

**DNA TESTING**

9.      Following the execution of the October 4, 2024 search warrant, the firearm was guarded for DNA evidence. Detectives will swab the firearm to obtain any DNA evidence, and enter any swabs into evidence for later comparison.

10.     Based on my training and experience, I am aware that a forensics laboratory is able to establish a DNA profile if the laboratory receives and analyses the oral secretion (epithelial cells) from a swab of the inside-cheek area of a person's mouth. Furthermore, based on my training and experience, I know that a DNA profile obtained through swabs from ROBERTO's mouth can be compared to potential DNA profiles obtained from the firearm recovered from ROBERTO's residence on October 5, 2024.

**CONCLUSION**

11.     Based on the foregoing facts, I respectfully submit that there is probable cause for a search and seizure warrant for the person of ANTHONY ROBERTO, as described in Attachment A, to obtain oral secretion (epithelial cells) by rubbing cotton swabs against the inner cheek lining of ANTHONY's mouth cavity, in sufficient quantity for scientific examination and comparison for DNA typing and DNA comparison, as described in Attachment B.

                                                    s/William J. Becker
                                                  William J. Becker IV
                                                  Special Agent, FBI

Sworn to and subscribed
by telephone on this _____
day of November, 2024

José Raúl Arteaga
*Digitally signed by José Raúl Arteaga*
*Date: 2024.11.06 11:37:22 -05'00'*

HON. JOSÉ RAÚL ARTEAGA
United States Magistrate Judge
Eastern District of Pennsylvania

5

**ATTACHMENT A**

ANTHONY ROBERTO, an African American male with a date of birth of October 2, 1988 and an FBI Number of 900872EC8 (photograph listed below).



## ATTACHMENT B

Oral secretion (epithelial cells) by rubbing cotton swabs against the inner cheek lining of the person in Attachment A's mouth cavity, in sufficient quantity for scientific examination and comparison for DNA typing and DNA comparison.

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Anthony Roberto: Oral Secretion (epithelial cells) from the inner cheek lining of the mouth | )<br>)<br>)   Case No.   24-MJ-1819<br>)<br>)<br>) |

**SEARCH AND SEIZURE WARRANT**

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Pennsylvania
*(identify the person or describe the property to be searched and give its location)*:

See attachment A, which is incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B, which is incorporated by reference

**YOU ARE COMMANDED** to execute this warrant on or before   November 20, 2024   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  _____          José Raúl Arteaga *(Digitally signed by José Raúl Arteaga  Date: 2024.11.06 11:38:34 -05'00')*
                                                                                             *Judge's signature*

City and state:   Philadelphia, PA                                    JOSÉ RAÚL ARTEAGA, USMJ
                                                                                             *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** ||||
|---|---|---|---|
| Case No.:<br>24-MJ-1819 | Date and time warrant executed: || Copy of warrant and inventory left with: |
| Inventory made in the presence of : ||||
| Inventory of the property taken and name of any person(s) seized: ||||
| **Certification** ||||

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing officer's signature*

*Printed name and title*